UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE

ABDULJABBAR QURAISH,

    Plaintiff,

-vs-                                  Case No: 2016-cv-_____

K SHIP 3, LLC

    Defendant.
_____/

## COMPLAINT

**NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about December 12, 2015, while serving aboard the M/V SEAKAY SPIRIT, Plaintiff was ordered to enter a port slop tank without adequate preparation, equipment and/or instruction when as a result thereof, Plaintiff was injured by said failure to provide a safe place to work and a seaworthy vessel.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

a. Pain and suffering, past future;

b. Mortification, humiliation, fright shock and embarrassment;

c. Loss of earnings and earning capacity;

d. Hospital, pharmaceutical and other cure expenses;

e. Aggravation of prior condition, if any there be;

f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

g. Mental anguish;

h. Found;

i. Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT OFFICE

ABDULJABBAR QURAISH,

    Plaintiff,

-vs-                                   Case No: 2016-cv-_____

K SHIP 3, LLC

    Defendant.
_____/

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                           O'BRYAN BAUN KARAMANIAN

                                           /s/ Dennis M. O'Bryan
                                           DENNIS M. O'BRYAN (P30545)
                                           Attorneys for Plaintiff
                                           401 S. Old Woodward, Suite 463
                                           Birmingham, MI   48009
                                           (248) 258-6262
                                           (248) 258-6047 – fax
                                           dob@obryanlaw.net